time to secure to him, as far as may be practicable, the fruits of the litigation, in case he shall be successful. Enough is shewn, by the affidavits on behalf of the plaintiffs, to induce a reasonable belief that the charges of fraud can be established. Where circumstances are shewn raising suspicion that the certificate was obtained by fraud, the English courts do not discharge a defendant arrested on mesne process, upon filing common bail. (*Vincent* v. *Brady,* 2 *H. Black.* 1; *Stacey* v. *Federici,* 2 *Bos. & Pul.* 390.)

To carry out the views suggested, a rule will be entered that the motion be granted, unless the plaintiffs shall within sixty days bring an action on the judgment; the defendants to have leave to plead in that suit any matter of defence, except the issuing and levying of the executions mentioned in the affidavits; and if such suit is brought, the executions and the levy under them to remain as a security to await the result; and in the mean time, all further proceedings on the executions to be stayed.

Ordered accordingly.

---

## BALDWIN *vs.* TILLSON.

Where the plaintiff has brought the cause to trial pursuant to a stipulation, and the verdict is set aside and another circuit has passed, he may stipulate again.

S. S. BOWNE, for the defendant, moved for judgment as in case of nonsuit. Issue was joined in October, 1842, and the cause was tried at the Otsego circuit where the venue was laid, in September, 1843, *the plaintiff being under a stipulation to try at that circuit.* The verdict then obtained was set aside upon a case made, at the July term, 1844; and on the second Monday of April last, another circuit was held in Otsego, at which the cause was not noticed for trial, but the plaintiff's attorney served a stipulation to try at the next ensuing circuit

---

Baldwin *v.* Tillson.

---

*Bowne* insisted that by rule 42, the stipulation was no answer to the motion, the plaintiff having "*before stipulated.*"

*N. Hill, Jr.*, for the plaintiff.

*By the Court,* JEWETT, J.   The exception in the rule does not apply to a case where the first stipulation has been performed.   In this case, therefore, the plaintiff had a right to stipulate again.

Motion denied.